**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

DIGNA LUZ ORTIZ,

Plaintiff,

v. Case No. 5:26-cv-290-JRK

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.
_______________________________/

**ORDER**

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17; "Motion"), filed August 14, 2026, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1. Such a disposition is clearly within the Court's authority. See Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 17) is **GRANTED**.

2. The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the Appeals Council will instruct the Administrative Law Judge to further consolidate the current and subsequent DIB and SSI claims files, associate the evidence, offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision on the consolidated claims.

3. The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on August 19, 2026.

James R. Klindt
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record